RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Michael Rossi

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL ROSSI,<br><br>            Defendant. | Case No. 2:16-cr-262-JAD-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Timothy Finley, counsel for the Department of Justice, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Michael Rossi, that the Sentencing hearing currently scheduled for March 12, 2018 at 9:30 am, be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days from the currently scheduled hearing date.

    1.    Undersigned will be on leave during the currently scheduled hearing.

    2.    The defendant is not in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 8th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Timothy Finley*<br>By_____<br>TIMOTHY FINLEY<br>Department of Justice Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-262-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL ROSSI, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 12, 2018 at 9:30 a.m., be vacated and continue to June 25, 2018 at the hour of 9:00 a.m.

DATED this 9th of February, 2018.

_____
UNITED STATES DISTRICT JUDGE