___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

JUN 2 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )    2:16-CR-262-JAD-(PAL)
                                   )
            Plaintiff,             )
                                   )
      v.                           )    Final Order of Forfeiture
                                   )
MICHAEL ROSSI,                     )
aka MIKE ROSS,                     )
                                   )
            Defendant.             )
_____)

This Court found that Michael Rossi aka Mike Ross shall pay the in personam criminal forfeiture money judgment of $47,725.82 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 46; Plea Agreement, ECF No. 48; Preliminary Order of Forfeiture, ECF No. 52.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $47,725.82 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Michael Rossi aka Mike Ross the in personam criminal forfeiture

/ / /

money judgment of $47,725.82 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 25th day of _____ June _____, 2018.

_____
UNITED STATES DISTRICT JUDGE